IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

**JAMES E. MCWILLIAMS, #62006**                      **PLAINTIFF**

versus                      **CIVIL ACTION NO. 5:05cv175DCB-JCS**

**CORRECTIONS CORPORATION OF AMERICA, et al.**        **DEFENDANTS**

### ORDER

BEFORE the Court is the plaintiff's motion to reconsider [7-1] the denial of his motion to proceed in forma pauperis (IFP). The plaintiff was denied IFP status based on his "three-strikes" pursuant to 28 U.S.C. § 1915(g). As detailed in the Court's order of December 21, 2005, the plaintiff has three qualifying dismissals under § 1915(g) and his allegations fail to meet the exception provision of § 1915(g). See Adepegba v. Hammons, 103 F.3d 383, 387 (5th Cir. 1996); Banos v. O'Guin, 144 F.3d 883, 884-85 (5th Cir.1998); Choyce v. Domiguez, 160 F.3d 1068 (5th Cir. 1998). The plaintiff's motion fails to provide any information that alters the reasoning and conclusion of the Court's previous order. Thus, reconsideration is not warranted and the plaintiff's motion to reconsider will be denied. It is hereby,

ORDERED AND ADJUDGED, that plaintiff's motion to reconsider [7-1] is denied. The Court will allow the plaintiff thirty days from the date of this order to pay the requisite filing fee. However, the plaintiff is warned that if the filing fee is not received within thirty days, this case will be dismissed, without further written notice to the plaintiff.

SO ORDERED AND ADJUDGED, this the __9th__ day of January, 2006.


                                         __s/ David Bramlette__
                                     UNITED STATES DISTRICT JUDGE