## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## WESTERN DIVISION

**JAMES E. MCWILLIAMS, #62006**                                                         **PLAINTIFF**

**VERSUS**                                                      **CIVIL ACTION NO. 5:05cv175DCB-JCS**

**CORRECTIONS CORPORATION OF AMERICA, et al.**             **DEFENDANTS**

## FINAL JUDGMENT

This cause is before the Court, <u>sua sponte</u>, for consideration of dismissal. Pursuant to the memorandum opinion issued this day, it is hereby, ORDERED AND ADJUDGED that this cause be dismissed without prejudice.

SO ORDERED AND ADJUDGED, this the   21st   day of August, 2006.


                                                    s/ David Bramlette
                                                    UNITED STATES DISTRICT JUDGE